# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIA GARCIA,<br><br>    Plaintiff(s),<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant(s). | Case No. 2:21-cv-00438-RFB-NJK<br><br>**Order**<br><br>[Docket No. 10] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 10. The Court hereby **SETS** a scheduling conference for 11:00 a.m. on July 15, 2021, in Courtroom 3C.

IT IS SO ORDERED.

Dated: July 8, 2021

                                                                                   Nancy J. Koppe<br>                                                                                 United States Magistrate Judge