# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIA GARCIA,<br>　　　Plaintiff(s),<br>v.<br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br>　　　Defendant(s). | Case No. 2:21-cv-00438-RFB-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Pending before the Court is the parties' stipulation to continue the scheduling conference. Docket No. 12. For good cause shown, that stipulation is **GRANTED** and the scheduling conference is **CONTINUED** to 11:00 a.m. on July 19, 2021, in Courtroom 3C.

IT IS SO ORDERED.

Dated: July 9, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge