TREVOR HATFIELD, Nevada State Bar #7373
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Telefax: (702) 684-5147

ROBERT J. ROSATI, California State Bar #112006
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
ELIA GARCIA

KRISTINA N. HOLMSTROM
Kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 602-778-3700
Telefax: 602-778-3750

Attorney for Defendant,
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIA GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO. 2:21-cv-00438-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY** |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:'

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY
1

1. Lincoln Life Assurance Company of Boston is no longer a party to this action by reason of transfer of interest.

2. The Lincoln National Life Insurance Company is substituted as a party to this action in place of the party identified in paragraph 1.

3. Defendant The Lincoln National Life Insurance Company hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: May 10, 2022

        _s/ Robert J. Rosati_
        ROBERT J. ROSATI

        Attorneys for Plaintiff,
        ELIA GARCIA

Dated: May 10, 2022

        _s/ Kristina N. Holmstrom_
        KRISTINA N. HOLMSTROM

        Attorney for Defendant,
        LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## ORDER

**IT IS SO ORDERED.**

DATED: May 11, 2022

        _____
        United States Magistrate Judge