TREVOR HATFIELD, Nevada State Bar #7373
thatfield@hatfieldlawassociates.com
Hatfield Law Associates, Ltd.
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Telefax: (702) 684-5147
*Local Counsel for Plaintiff*
ELIA GARCIA

ROBERT J. ROSATI, CSB #112006
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939
*Pro Hac Vice Attorneys for Plaintiff*
ELIA GARCIA

Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:  602-778-3700
Fax:  602-778-3750
*Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELIA GARCIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                    Defendant. | Case No.: 2:21-CV-00438<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL AND PLAINTIFF'S MOTION TO STRIKE**<br><br>**FIRST REQUEST** |

Plaintiff Elia Garcia ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to a seven (7) day extension of time for Defendant to respond to Plaintiff's Motion to Strike Experts Dr. Korzeniowski and Dr. Rubenstein (Doc. 29) and Plaintiff's Motion to

Compel Discovery (Doc. 30). The current deadline is July 19, 2022. This is Defendant's first request to extend the deadline. Counsel for Defendant will be on a previously planned family vacation the week of July 18th.

    This Stipulation is made in good faith and is not intended for purposes of delay.

Dated this 7th day of July, 2022.

/s/ Robert J. Rosati (w/permission)
ROBERT J. ROSATI

Attorneys for Plaintiff ELIA GARCIA

Dated this 7th day of July, 2022.

/s/ Kristina N. Holmstrom
KRISTINA N. HOLMSTROM

Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: July 8, 2022

_____
United States Magistrate Judge

2