Trevor Hatfield, Nevada State Bar #7373
thatfield@hatfieldlawassociates.com
HATFIELD LAW ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Fax: (702) 684-5147
*Local Counsel for Plaintiff*
ELIA GARCIA

Robert J. Rosati, CSB #112006
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Fax: 559-478-5939
*Pro Hac Vice Attorneys for Plaintiff*
ELIA GARCIA

Kristina N. Holmstrom, Nevada State Bar #10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 602-778-3700
Fax: 602-778-3750
*Attorneys for Defendant LINCOLN LIFE*
*ASSURANCE COMPANY OF BOSTON*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIA GARCIA,<br><br>            Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>            Defendant. | Case No.: 2:21-CV-00438<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL AND PLAINTIFF'S MOTION TO STRIKE**<br><br>**SECOND REQUEST** |

Plaintiff Elia Garcia ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to an additional seven (7) day extension of time, through and including **August 2, 2022**, for Defendant

to respond to Plaintiff's Motion to Strike Experts Dr. Korzeniowski and Dr. Rubenstein (Doc. 29) and Plaintiff's Motion to Compel Discovery (Doc. 30). The current deadline is July 26, 2022. This is Defendant's second request to extend the deadline. Counsel for Defendant is on a previously planned family vacation during the week of July 18th (Doc. 32). In defense counsel's absence, another attorney in her firm has been monitoring this case and beginning preliminary drafts of the responses. However, the attorney monitoring the case is now unexpectedly out of the office, making Defendant's compliance with the current deadline difficult.

This Stipulation is made in good faith and is not intended for purposes of delay.

Dated this 21st day of July 2022.

/s/ Robert J. Rosati (w/ permission)
ROBERT J. ROSATI

Attorneys for Plaintiff ELIA GARCIA

Dated this 21st day of July 2022.

/s/ Kristina N. Holmstrom
KRISTINA N. HOLMSTROM

Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: July 22, 2022

_____
United States Magistrate Judge

2