Trevor Hatfield, Nevada State Bar #7373
thatfield@hatfieldlawassociates.com
HATFIELD LAW ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Fax: (702) 684-5147
*Local Counsel for Plaintiff*
ELIA GARCIA

Robert J. Rosati, CSB #112006
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Fax: 559-478-5939
*Pro Hac Vice Attorneys for Plaintiff*
ELIA GARCIA

Kristina N. Holmstrom, Nevada State Bar #10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 602-778-3700
Fax: 602-778-3750
*Attorneys for Defendant LINCOLN LIFE*
*ASSURANCE COMPANY OF BOSTON*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELIA GARCIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　　Defendant. | Case No.: 2:21-CV-00438<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR FILING OF JOINT PROPOSED PRETRIAL ORDER** |

Plaintiff Elia Garcia ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Defendant") ("the Parties") by and through their undersigned counsel, hereby stipulate and agree to an additional fourteen (14) day extension of time, through and including **June 7, 2023**,

for the Parties to submit a joint proposed pretrial order. Following the Court's ruling on the cross-motions for summary judgment, the parties have agreed to attend a private mediation on May 24, 2023 and request this extension so they can devote their time and resources toward settling the case rather than preparing the joint pretrial order. The parties do not anticipate that this extension will affect the dates they request for trial.

This Stipulation is made in good faith and is not intended for purposes of delay.

Dated this 2nd day of May 2023.

/s/ Robert J. Rosati (w/ permission)
ROBERT J. ROSATI

Attorneys for Plaintiff ELIA GARCIA

Dated this 2nd day of May 2023.

/s/ Kristina N. Holmstrom
KRISTINA N. HOLMSTROM

Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  3rd day of May, 2023.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Trevor Hatfield
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Fax: (702) 684-5147

Robert J. Rosati
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 478-4119
Fax: (559) 478-5939

DATED this 21st day of July 2022.

/s/ Berlinda Corpora
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

56237903.v1-OGLETREE