1  Trevor Hatfield, Nevada State Bar #7373
   thatfield@hatfieldlawassociates.com
2  HATFIELD LAW ASSOCIATES, LTD.
   703 S. Eighth Street
3  Las Vegas, NV 89101
   Telephone: (702) 388-4469
4  Fax: (702) 684-5147
   *Local Counsel for Plaintiff*
5  ELIA GARCIA

6  Robert J. Rosati, CSB #112006
   robert@erisalg.com
7  6485 N. Palm Avenue, Suite 105
   Fresno, California 93704
8  Telephone: 559-478-4119
   Fax: 559-478-5939
9  *Pro Hac Vice Attorneys for Plaintiff*
   ELIA GARCIA

11 Kristina N. Holmstrom, Nevada State Bar #10086
   kristina.holmstrom@ogletree.com
12 OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
13 10801 W. Charleston Blvd., Suite 500
   Las Vegas, NV 89135
14 Telephone: 602-778-3700
   Fax: 602-778-3750
15 *Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| ELIA GARCIA, | Case No.: 2:21-CV-00438 |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

Plaintiff Elia Garcia and Defendant Lincoln Life Assurance Company of Boston, by and through their undersigned counsel, hereby stipulate and agree that this matter may be dismissed in its entirety with prejudice. Each party to bear their own attorney fees and costs.

Respectfully submitted this 12th day of June, 2023.

/s/ Robert J. Rosati (w/ permission)
ROBERT J. ROSATI

Attorneys for Plaintiff ELIA GARCIA

/s/ Kristina N. Holmstrom
KRISTINA N. HOLMSTROM

Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: June 13, 2023

_____
US DISTRICT/MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Trevor Hatfield
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Fax: (702) 684-5147

Robert J. Rosati
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 478-4119
Fax: (559) 478-5939

DATED this ___ day of June 2023.

/s/ Rose S. Ramsey
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

56833614.v1-OGLETREE